IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCUS TONEY                                                                                    PLAINTIFF

v.                                          5:10CV00054

UNION PACIFIC RAILROAD
COMPANY                                                                                        DEFENDANTS

## ORDER

Having been notified that a settlement has been reached in this matter, the Court finds that the complaint and all claims against this Defendant are dismissed with prejudice. The pending motions are moot. (DE #21, 25, 27, 53, 54 and 60).

The Court retains complete jurisdiction for sixty (60) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file it with the Court within sixty (60) days of the date of this order.

IT IS SO ORDERED this 30th day of September, 2011.

*James M. Moody*
James M. Moody
United States District Judge