IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARCUS TONEY**                                                                                    **PLAINTIFF**

v.                                              5:10CV00054

**UNION PACIFIC RAILROAD**
**COMPANY**                                                                                         **DEFENDANTS**

**ORDER**

Having been notified that a settlement has been reached in this matter, the Court finds that the complaint and all claims against this Defendant are dismissed with prejudice. The pending motions are moot. (DE #21, 25, 27, 53, 54 and 60).

The Court retains complete jurisdiction for sixty (60) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file it with the Court within sixty (60) days of the date of this order.

IT IS SO ORDERED this 30th day of September, 2011.

_____
James M. Moody
United States District Judge